IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00781-WYD

ROGER WAYNE LODER, an individual,

    Plaintiff,

v.

MMFS INTERNATIONAL SA de CV, a Mexico Corporation; MISTER MONEY FINANCIAL SERVICES, INC., a Colorado Corporation; RALPH TEDROW WILL, an individual;, RALPH DOUGLAS WILL, an individual; TIMOTHY SCOTT LANHAM, an individual; MISTER MONEY HOLDINGS, INC., a Colorado Corporation; MISTER MONEY MEXICO SA de CV, a Mexico Corporation; and MISTER MONEY INTERNATIONAL, INC., a Colorado Corporation ,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendants Master Money Financial Services, Inc., Ralph Tedrow Will, Timothy Scott Lanham, Mister Money Holdings, Inc. and Mister Money International, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted (filed May 22, 2008). Attached to the motion is an affidavit and other evidence outside of the pleadings in this matter.

Pursuant to the Federal Rules, if a court considers matters outside of the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) should be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995). However, if the Court treats this motion as a motion for summary judgment, it fails to comply with this Court's Practice Standards. Accordingly, it is hereby

ORDERED that Court on Defendants Master Money Financial Services, Inc., Ralph Tedrow Will, Timothy Scott Lanham, Mister Money Holdings, Inc. and Mister Money International, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted is **STRICKEN** with leave to refile. Defendants may refile the motion within ten (10) days as a motion to dismiss without the accompaniment of affidavits or other outside evidence. In the alternative, Defendants may refile the motion within ten (10) days as a motion for summary judgment in compliance with this Court's Practice Standards. If Defendants choose to refile the motion as a motion for summary judgment, it is

FURTHER ORDERED that the Defendants who filed the Motion to Dismiss that is the subject of this Order shall file an answer to the Complaint within twenty (20) days of receipt of this Order.

Dated: May 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge