IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00781-WYD-MEH

ROGER WAYNE LODER, an individual,

    Plaintiff,

v.

MMFS INTERNATIONAL SA de CV, a Mexico Corporation;
MISTER MONEY FINANCIAL SERVICES, INC., a Colorado Corporation;
RALPH TEDROW WILL, an individual;
RALPH DOUGLAS WILL, an individual;
TIMOTHY SCOTT LANHAM, an individual;
MISTER MONEY HOLDINGS, INC., a Colorado Corporation;
MISTER MONEY MEXICO SA de CV, a Mexico Corporation; and
MISTER MONEY INTERNATIONAL, INC., a Colorado Corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Response to Defendants' MMFS International SA de CV and Mister Money Mexico SA de CV Motion to Dismiss Pursuant to F.R.C.P. 12(b)(2) for Lack of Personal Jurisdiction (filed July 1, 2008) is **STRICKEN** with leave to refile within ten (10) days in compliance with my Practice Standards. Specifically, the Response exceeds the page limits stated in Section II.C. of the Practice Standards. When refiling the response, the exhibits need not be resubmitted.

    Dated: July 2, 2008